UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TODD AND MARCIA BATES,

       Plaintiff,

v.

GREEN FARMS CONDOMINIUM ASSOCIATION, ET. AL.

       Defendant.
_____/

Case No.     18-13533

HONORABLE AVERN COHN

## JUDGMENT

For the reasons stated in the Order entered on August 29, 2019, judgment is entered in favor of defendant and against plaintiff and the case is DISMISSED.

DAVID WEAVER

Dated: August 29, 2019

By: s/Marie Verlinde
    Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, August 29, 2019, by electronic and/or ordinary mail.

s/Marie Verlinde
Case Manager, (313) 234-5160